1   LARS T. FULLER (No. 141270)
    SAM THAERIAN (No. 170953)
2   THE FULLER LAW FIRM
    60 No. Keeble Ave.
3   SAN JOSE, CA 95126
    Tel:(408)295-5595
4   Fax:(408)295-9852

5   Attorney for Plaintiff
    MICHAEL NADER
6

7
                        U.S. BANKRUPTCY COURT
8
                    NORTHERN DISTRICT OF CALIFORNIA
9
                          SAN JOSE DIVISION
10

11

    In Re:                          )   Case No.: 09-57838-ASW
12                                   )
        MICHAEL NADER                )   Adv. No.:
13                                   )
            Debtor(s)                )   CHAPTER 13
14                                   )
    ─────────────────────────────   )   **COMPLAINT FOR CONTEMPT FOR**
15                                   )   **VIOLATION OF THE AUTOMATIC**
    MICHAEL NADER                    )   **STAY AND FOR ATTORNEY FEES**
16                                   )
            Plaintiff(s),            )
17                                   )
          vs.                        )
18                                   )
    CITI FINANCIAL and LAW OFFICE OF )
19  HARRIS AND ZIDE                  )
                                     )
20          Defendant(s)             )
                                     )
21  ─────────────────────────────   )

22

23         Comes Now Plaintiff Michael Nader Debtor/Plaintiff in the above-captioned matter and

24  alleges as  follows:

25


    COMPLAINT FOR CONTEMPT FOR VIOLATION OF THE AUTOMATIC STAY AND FOR ATTORNEY
                                      FEES - 1

## GENERAL ALLEGATIONS

1.      Plaintiff commenced Case No. 09-57838-ASW by filing a voluntary Chapter 13 petition in the United States Bankruptcy Court for the Northern District of California, San Jose Division on or about September 15, 2009.

2.      This is an adversary proceeding for contempt for willful violation of the automatic stay under 11 USC §362.

3.      This Court has jurisdiction to hear these proceedings pursuant to 28 USC § 1334. This is a core proceeding pursuant to 28 USC §157 because it involves substantive rights of the debtor.

4.      Plaintiff is informed and believes that defendant Citi Financial is a corporation which does business in the United States and in this District.

**5.**      Plaintiff is informed and believes that defendant Law Office of Harris and Zide is a Professional Corporation which does business in the United States and in this District.

**6.**      On October 15, 2009 Defendants, acting as agents, representatives, or assignees of each other, filed a complaint against Plaintiff to recover a debt allegedly incurred by Plaintiff. Said alleged debt was incurred prior to the filing of the bankruptcy.  On or about November 1, 2009, said complaint was served upon Plaintiff.

## FIRST CAUSE OF ACTION

(Against both Defendants)

7.      Plaintiff re-alleges as though fully set forth herein the allegations set forth in paragraph 1 through 6, inclusive above.

8.      Defendants had actual notice of Debtor's bankruptcy filing from the Clerk of the Court.

COMPLAINT FOR CONTEMPT FOR VIOLATION OF THE AUTOMATIC STAY AND FOR ATTORNEY FEES - 2

1         9.        Notwithstanding 11 USC §362, Defendants have proceeded with their collection

2 activities against Debtor.

3         10.       Pursuant to 11 USC 362, and also pursuant to the fee agreement signed by the

4 parties, Plaintiff is entitled to attorney fees.

5

6 WHEREFORE, Plaintiff prays for judgment as follows:

7       a.       Against both Defendants, for punitive damages for willful violation of the

8             automatic stay;

9       b.       An order enjoining all defendants from pursuing, litigating, seizing, garnishing,

10             levying, attaching, or in any way interfering with property rights of Debtor, or in

11             any other way violating the automatic stay imposed by 11 USC 362;

12       c.       For the costs and attorney fees incurred in bringing this action, according to proof

13             at time of trial, but no less than $1,500;

14       d.       For such other and further relief as the Court may find proper.

15

16     November 10, 2009

17                     THE FULLER LAW FIRM

18

19                  By:*/s/Sam Taherian*_____

                     Sam Taherian

20              Attorneys for Plaintiff/Debtor

21

22

23

24

25