```
LARS T. FULLER (No. 141270)
SAM THAERIAN (No. 170953)
THE FULLER LAW FIRM
60 No. Keeble Ave.
SAN JOSE, CA 95126
Tel:(408)295-5595
Fax:(408)295-9852

Attorney for Plaintiff
MICHAEL NADER
```

U.S. BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In Re: | ) Case No.: 09-57838-ASW |
|    MICHAEL NADER | ) Adv. No.: 09-05313 |
|       Debtor(s) | ) CHAPTER 13 |
| | ) **REQUEST FOR DISMISSAL OF** |
| MICHAEL NADER | ) **ADVERSARY COMPLAINT** |
|       Plaintiff(s), | ) |
|    vs. | ) |
| CITI FINANCIAL and LAW OFFICE OF HARRIS AND ZIDE | ) |
|       Defendant(s) | ) |

    Michael Nader Debtor/Plaintiff in the above-captioned matter hereby requests that the court dismiss the instant adversary proceeding, with prejudice.

REQEUST FOR DISMISSAL OF ADVERSARY COMPLAINT
Case: 09-05313    Doc# 5    Filed: 12/11/09    Entered: 12/11/09 16:41:30    Page 1 of 2

December 11, 2009

THE FULLER LAW FIRM

By:<u>*/s/Sam Taherian*</u>
Sam Taherian
Attorneys for Plaintiff/Debtor